CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 1 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LESTER B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:17-CV-00539 |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 16) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 18) is **GRANTED**, the report and recommendation (ECF No. 22) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 23) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 02-21-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge